ACCEPTED
03-15-00294-CV
6628442
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 4:24:13 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00294

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 4:24:13 PM
JEFFREY D. KYLE
Clerk

MANOR INDEPENDENT SCHOOL DISTRICT
*Appellant*

*v.*

DEYDRA STEANS
*Appellee*

From the 200th Judicial District Court of
Travis County, Texas

AGREED MOTION TO DISMISS APPEAL

Appellant Manor Independent School District moves this Court to dismiss this appeal.

1.     The Court has the authority under Texas Rule of Appellate Procedure 42.1(a)(1) to grant this agreed motion to dismiss.

2.     The parties have reached an agreement to settle and compromise their differences in the suit *Deydra Steans v. Manor Independent School District, C*ause number D-1-GN-13-000241.

**Prayer**

For these reasons, the Manor Independent School District asks the Court to grant this agreed motion to dismiss.

Respectfully submitted,

EICHELBAUM WARDELL
HANSEN POWELL & MEHL, P.C.

By: _Jennifer A. Powell_

Jennifer A. Powell
Texas Bar No. 00783554
Abraham F. Barker
Texas Bar No. 24073241
4201 W. Parmer Lane, Suite A100
Austin, Texas 78727
512/476-9944
512/472-2599 fax

*Attorneys for Manor Independent School District*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Gary Bledsoe, attorney for Deydra Steans, and he agrees with this motion.

_Jennifer A. Powell_
Jennifer A. Powell

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been sent via court-generated electronic means and/or email on August 24, 2015, to the following:

Gary L. Bledsoe
Alondra Johnson
Potter Bledsoe, LLP
316 West 12th Street, Suite 307
Austin, Texas 78701
*Attorneys for Deydra Steans*

_____
Jennifer A. Powell